# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-00342-MOC-DSC

| | |
|---|---|
| MAACO FRANCHISING, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )   **ORDER**<br>) |
| ROBERT BERLINGER, et. al., | )<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the parties' "Joint Motion [that Plaintiff's 'Motion to Strike Affirmative Defenses …' (document #22) be granted in part and denied in part]" (document # 27) filed November 19, 2015. For the reasons set forth therein, the Motion will be granted.

Accordingly, Plaintiff's 'Motion to Strike Affirmative Defenses …' (document #22) is granted in part and denied in part, that is, Defendants' Ninth, Nineteenth, and Twenty-First Affirmative Defenses are stricken, and the remainder of the Motion is denied.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: November 19, 2015

_____
David S. Cayer
United States Magistrate Judge